SECURITY TRUST CO. v. BLACK RIVER NAT. BANK OF LOWVILLE. (Circuit Court of Appeals, Eighth Circuit. October 17, 1900.) No. 1,356. In Error to the Circuit Court of the United States for the District of Minnesota.

Edmund S. Durment (Albert E. Moore, on the brief), for plaintiff in error. Edward C. Stringer (McNeil V. Seymour, on the brief), for defendant in error.

THAYER, Circuit Judge. This case involves the same questions which were considered and decided in the case of Trust Co. v. Dent, 104 Fed. 380. The judgment below is accordingly affirmed, on the authority of that case.